FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2022

No. 04-22-00562-CV

Virley-Leroy **SESSION** & Donieka-Lenise Session,
Appellants

v.

**RIATA LAND ASSOCIATION HOMEOWNERS, INC.,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-2100-CV-E
Honorable Heather H. Wright, Judge Presiding

# O R D E R

On August 29, 2022, Appellant Virley-Leroy Session filed a notice of appeal challenging the trial court's final judgment entered on August 8, 2022. When he filed the notice of appeal, this court notified appellant in writing that his notice of appeal had been conditionally filed because the $205.00 filing fee had not been paid. We instructed appellant to pay the fee by September 12, 2022 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. Appellant has not paid the fee. We therefore **order** appellant to show cause in writing **by October 25, 2022** stating either: (1) the filing fee has been paid; or (2) he is entitled to appeal without paying the $205.00 filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee. Appellant is further advised he, as a pro se party, cannot represent another party in litigation or on appeal. Accordingly, we identify only Virley-Leroy Session as an appellant in this proceeding.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court